IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20768
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JORGE ENRIQUE QUINTERO-CORTEZ,
also known as Roberto Roena,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No.H-97-CR-282-1
- - - - - - - - - -
April 16, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Jorge Enrique Quintero-Cortez
has filed a brief as required by Anders v. California, 386 U.S.
738 (1967). Quintero has not responded to this motion. Our
independent review of the brief and the record discloses no
nonfrivolous issue. Accordingly, counsel is excused from further
responsibilities herein, and the appeal is DISMISSED. See 5TH
CIR. R. 42.2.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.